NORCOTT, J., did not participate in the consideration or decision of this petition.

*Joseph S. Elder*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* SAMUEL BARRETTO

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Stephen F. Cashman*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* JIMMY WILLIAMS

*Cameron Dorman*, special public defender, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided October 31, 2000